FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2019 JAN 25 PM 12: 53

CLERK'S OFFICE
AT GREENBELT

BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

_____ FILED _HE_ ENTERED
_____ LODGED _____ RECEIVED

JAN 29 2019

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | |
|---|---|
| *In re* SANCTUARY BELIZE LITIGATION (proposed) | No: |
| FEDERAL TRADE COMMISSION<br>Plaintiff,<br>v.<br>ECOLOGICAL FOX, LLC et al.<br>Defendants. | No: 18-cv-3309-PJM |
| FEDERAL TRADE COMMISSION<br>Plaintiff,<br>v.<br>AMERIDEBT, INC. et al.<br>Defendants. | No: 03-cv-3317-PJM |

**STIPULATED ORDER GRANTING IN PART FEDERAL TRADE COMMISSON'S MOTION TO CLARIFY PUBLIC ACCESS TO THE DOCKETS AND NORMALIZE FILING PROCEDURES**

Whereas the Federal Trade Commission ("FTC") previously filed a motion to clarify public access to the docket and normalize filing procedures ("Unsealing Motion") in the related *AmeriDebt* and *Ecological Fox* matters;

Whereas the Unsealing Motion in both matters sought to unseal most documents with limited exceptions including previously-identified Personal Identifying Information ("PII") and law enforcement information covered by orders on November 5, 2018 in both actions;

Whereas no party responded to the Unsealing Motion in *AmeriDebt* and only Atlantic International Bank Ltd. ("AIB") responded to the Unsealing Motion in *Ecological Fox*, asserting

that certain documents or portions of documents submitted in *Ecological Fox* should remain sealed or redacted;

Whereas the Court previously granted Fox News Network LLC's motion for a protective order seeking to redact certain materials;

Whereas the Court previously granted Island Global Yachting ("IGY's") motion for a protective order seeking to redact certain materials; and

Whereas the FTC and AIB hereby stipulate and agree that the dispute between them over the sealing or redacting of certain documents does not relate to any documents filed prior to December 24, 2018 in either *Ecological Fox* or *AmeriDebt* except for those identified by AIB in its December 24, 2018 filing concerning the Unsealing Motion;

IT IS THEREFORE ORDERED:

A. All documents filed in this matter prior to December 24, 2018 shall be made public, subject to previously provided redactions in accordance with prior protective orders concerning Fox and IGY materials, with the exception of the documents identified below, which shall remain sealed until the hearing currently scheduled for February 1, 2019. The Court will address AIB's objections at the February 1, 2019 hearing unless the FTC and AIB reach an agreement prior to that hearing. Documents filed on or after December 24, 2018 will remain sealed until after the hearing on February 1, 2019 to permit the parties an opportunity to object if they so choose. Any further requests to seal or other further briefing concerning the sealing or redaction of documents filed before the issuance of this Order shall be filed by noon on January 28, 2019, with any response filed by noon on January 31, 2019.

B. AIB's previously stated objections cover the following documents, which will remain sealed at least until the February 1, 2019 hearing:

1. Defendant Atlantic International Bank, Ltd.'s Emergency Motion to Amend Ex Parte Temporary Restraining Order, filed November 11, 2018;

    2.    Defendant Atlantic International Bank, Ltd.'s Amended Emergency Motion to Amend Ex Parte Temporary Restraining Order, filed November 11, 2018;

    3.    Declaration of Leonard Rose, filed November 11, 2018;

    4.    Declaration of Ricardo Pelayo, filed November 12, 2018;

    5.    Supplemental Declaration of Ricardo Pelayo, filed November 13, 2018;

    6.    Report Regarding Meeting with Central Bank of Belize, filed November 13, 2018;

    7.    Declaration of Craig D. Stone in Support of Defendant Atlantic International Bank Ltd.'s Opposition to Preliminary Injunction, filed November 15, 2018;

    8.    Declaration of Ricardo Pelayo in Support of Defendant Atlantic International Bank Limited's Opposition to the Federal Trade Commission's Motion for a Preliminary Injunction, filed November 15, 2018;

    9.    Atlantic International Bank, Ltd.'s Opposition to Federal Trade Commission's Motion for a Preliminary Injunction, filed November 15, 2018;

    10.    Atlantic International Bank, Ltd.'s Motion to Exceed Page Limit, filed November 15, 2018;

    11.    Supplemental Declaration of Mohamad Batal Pursuant to 28 U.S.C. § 1746, submitted as "PXRR," filed November 18, 2018;

    12.    FTC's Reply in Support of Its Motion for a Preliminary Injunction Against Atlantic International Bank, filed November 18, 2018; and

    13.    Declaration of Shawn Larsen-Bright in Support of Defendant Atlantic International Bank Limited's Response to FTC's Motion to Clarify Public Access to the Docket and Normalize Filing Procedure in Ecological Fox, filed December 24, 2018.

    C.    Except for the sealed portions, effectively immediately, the Clerk's Office will make the *AmeriDebt* and *Ecological Fox* matters public and available through both the PACER

and ECF systems. The Clerk's Office shall keep the documents identified herein sealed until after the hearing on February 1, 2019.

D. Moving forward, the parties must file documents using the Court's ECF system, and fully comply with all Local Rules when seeking to file any material under seal.

SO ORDERED, this 28 day of JAN, 2019.

_____
UNITED STATES DISTRICT JUDGE

SO STIPULATED AND AGREED:

FOR THE FEDERAL TRADE COMMISSION:

_____   Date 1/24/19
Jonathan Cohen (jcohen2@ftc.gov)
Benjamin Theisman (btheisman@ftc.gov)
Amanda B. Kostner (akostner@ftc.gov)
Khouryanna DiPrima (kdiprima@ftc.gov)
Federal Trade Commission
600 Pennsylvania Ave., N.W., CC-9528
Washington, DC 20580
202-326-2551 (Cohen); -2223 (Theisman);
-2880 (Kostner); -2029 (DiPrima);
-3197 (facsimile)

FOR ATLANTIC INTERNATIONAL BANK LTD.:

_____   Date 1·24·19
Dorsey & Whitney LLP
Creighton R. Magid (Bar No. 15448)
magid.chip@dorsey.com
1401 New York Avenue NW, Suite 900
Washington, DC 20006
(202) 442-3000
(202) 442-3199 (Fax)
Counsel for Defendant Atlantic
International Bank, Ltd.

4