**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **FEDERAL TRADE COMMISSION,** | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Civil No. **PJM 18-3309** |
| | * | |
| **ECOLOGICAL FOX, LLC et al.** | * | |
| | * | |
| Defendants. | * | |

# ORDER

Having considered Defendant Atlantic International Bank, Ltd.'s ("AIBL") Motion to Dismiss, ECF No. 64, the Federal Trade Commission's ("FTC") Opposition thereto, ECF No. 120, and AIBL's Reply, ECF No. 144, it is, for the reasons stated on the record during the motions hearing held on February 1, 2019, this 1st day of February, 2019

**ORDERED**:

1. Defendant Atlantic International Bank, Ltd.'s Motion to Dismiss, ECF No. 64, is **DENIED**;

2. Defendant Atlantic International Bank, Ltd.'s Motion to Strike Portions of Luke Chadwick's Declaration, ECF No. 148, is **GRANTED IN PART** and **DENIED IN PART**.

**February 1, 2019**

/s/
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE