**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**PETER J. MESSITTE**  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND  20770  
301-344-0632

## MEMORANDUM

To:     Counsel of Record & Unrepresented Defendants & Relief Defendants

From:   Judge Peter J. Messitte

Re:     <u>Federal Trade Commission v. Ecological Fox, LLC</u> *et al*.
        Civil No. PJM 18-3309

Date:   February 25, 2019

*********

Defendant Andris Pukke, through counsel, has filed an Emergency Motion to Strike the Temporary Receiver's February 22, 2019 Report from the Docket Sheet. ECF No. 223. He asks to be heard on this Motion as soon as possible.

The Court will treat Pukke's Motion as a Motion to Seal, governed by the procedures of Local Rule 105.11. Accordingly, the Court will temporarily **SEAL** the Receiver's Report (ECF No. 219) and hear arguments for and against sealing at the Motions Hearing on Friday, March 1.

Any party that opposes Pukke's Motion should file an Opposition by noon on Thursday, February 28, if possible. The Court understands the limited time available to file an Opposition by March 1, so it will be prepared to hear any Opposition at the already-scheduled Motions Hearing. A separate Memorandum Order will issue setting out the argument schedule for the Motions to be heard on March 1.

If you have any questions, please contact the Court's law clerk, Ben Symons, at (301) 344-3655 or at Benjamin_Symons@mdd.uscourts.gov. If he is unavailable, please contact the Court's other law clerk, Clare Riva, at (301) 344-3654 or at Clare_Riva@mdd.uscourts.gov

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

/s/

Peter J. Messitte  
United States District Judge

cc:     Court File