**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

FILED _____ ENTERED
LOGGED _____ RECEIVED

JAN 2 2 2020

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

*In re* SANCTUARY BELIZE LITIGATION

Case No. 18-cv-3309
PJM

# PRO SE DEFENDANT ANDRIS PUKKE'S OBJECTION TO DENIAL OF RELIEF IN AFFIDAVIT OF BIAS

Pro Se Defendant Andris Pukke hereby files an Objection to Judge Messitte's denial of the relief sought in the Affidavit of Bias that he filed. The objection is based on the following:

1. There is authority for Pro Se litigants to file such an affidavit.

2. Not granting the relief sought, based in part on the requisite of an attorney, denied Pro Se Defendant Mr. Pukke substantive rights.

3. Mr. Pukke included a signed Motion to Recuse from his previous lawyers insuring that the relief sought is not frivolous.

3. Case law and the statute supports the conclusion that Mr. Pukke's filing was timely, 10 days before trial.

4. Mr. Pukke objects to preserve the issues presented for appeal.

Date: January 19, 2019

Respectfully Submitted:

/s/ Andris Pukke