**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

| | |
|---|---|
| *In re* SANCTUARY BELIZE LITIGATION | No: 18-cv-3309-PJM |

**[PROPOSED] ORDER GRANTING MOTION FOR ORDER APPROVING AND AUTHORIZING PAYMENT OF RECEIVER'S AND PROFESSIONALS' FEES AND COSTS FROM JANUARY 1, 2022 THROUGH MARCH 31, 2022 AND FOR NON-MATERIAL MODIFICATION OF ORDER GOVERNING INTERIM RECEIVERSHIP MANAGEMENT (DOC. 559)**

The Motion for Order Approving and Authorizing Payment of Receiver's and Professionals' Fees and Costs From January 1, 2022 Through March 31, 2022 and for Non-Material Modification of Order Governing Interim Receivership Management (Doc. 559) ("Motion") filed by the Receiver, Marc-Philip Ferzan of Ankura Consulting Group, LLC ("Receiver"), came before this Court for determination pursuant to regularly noticed motion. The Court, having read and considered the Motion and all pleadings and evidence filed in support thereof, and opposition to the Motion, if any, and good cause appearing therefore, it is

ORDERED that:

1. The Motion and all relief sought therein is granted in its entirety;

2. Without limiting the generality of the foregoing, the following fees and costs incurred from January 1, 2022 through March 31, 2022 are hereby approved and authorized to be paid from the assets of the receivership estate: (1) Receiver's fees, including the fees of the

Receiver's team at Ankura Consulting Group, LLC, of $699,806.25 and Receiver's costs of $1,380.23, for a total of $701,186.48; (b) Receiver's counsel Barnes & Thornburg LLP's fees of $123,586.00 and costs of $3,518.80, for a total of $127,104.80; (c) Receiver's real estate counsel Arnold & Porter Kaye Scholer LLP's fees of $49,424.90 and costs of $342.70, for a total of $49,767.60; and (d) Robb Evans & Associates LLC's fees of $16,538.40; and

  3. The Order Governing Interim Receivership Management (Doc. 559) is hereby amended to provide that all monthly meetings of the Consumer Committee, as defined therein, may be held via teleconference or videoconference. There shall no longer be required quarterly in-person meetings of the Consumer Committee.

Dated: 6/14/22

HONORABLE PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

22545908v1