UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**PETER J. MESSITTE**  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

## MEMORANDUM

To:     Counsel of Record

From:   Judge Peter J. Messitte

Re:     *In re* Sanctuary Belize
        Civil No. PJM 18-3309

Date:   June 28, 2022

\*\*\*\*\*\*\*\*

The FTC has requested that the Court set a status conference in this case. Chambers advised FTC counsel that defense counsel would have to be notified and could participate and that the topics to be discussed would need to be circulated in advance. The Court understands there are two issues:

1) Defense counsel responded at first that they did not believe the status conference should be scheduled until the FTC circulated topics for discussion; i.e., they would not provide their availability until the topics were shared. The Court agrees.

2) However, defense counsel now state that they do not believe a status conference should be held at all while the case is on appeal to the Fourth Circuit. With this the Court disagrees.

Taking the second issue first, the Court will hold a status conference, which presumably will deal with operation of the Receivership and other administrative matters. Defense counsel may note their objection and even decline to appear, if they so choose. The hearing will be virtual.

As for the topics to be discussed, the Court is not asking for a joint proposed agenda from all parties. The Court is not inviting a list of topics that defense counsel wish to raise, but simply wants to understand the functional issues the FTC wishes to discuss.

At this point, given the scheduling constraints of the Court, the Court will **schedule the virtual status conference on July 27 at 11:00am**. If individual counsel have conflicts on that date, they are directed to have someone from their firm to appear in their place. The Court does not intend to get into back and forth with respect to the date of the conference. If counsel are unable to accommodate this time, they should contact chambers at 301-344-3655.

The FTC is directed to share its list of topics to be discussed with defense counsel (copy to the Court) by **July 15, 2022.**

1

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

/s/
Peter J. Messitte
United States District Judge

CC:   Court File