UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

MEMORANDUM

To:     Counsel of Record

From:   Judge Peter J. Messitte

Re:     *In re* Sanctuary Belize
        Civil No. PJM 18-3309

Date:   March 30, 2023

********

The Court is in possession of the Receiver's Request for Hearing (ECF No. 1415) and the FTC's Joinder in the Receiver's Request (ECF No. 1416). The Court agrees to schedule this hearing over zoom and requests that the parties confer and chose a date, between a Tuesday and Thursday, and time that is convenient for all. Please inform the Court of this date and time right away via email: MDD_PJMChambers@mdd.uscourts.gov.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

_____/s/_____
Peter J. Messitte
United States District Judge

CC:     Court File