UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**PETER J. MESSITTE**  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND  20770
301-344-0632

## MEMORANDUM

TO:    Counsel of Record

FROM:  Judge Peter J. Messitte

RE:    <u>In re Sanctuary Belize Litigation</u>
       Civil No. PJM 18-3309

DATE:  July 26, 2024

\* \* \*

The Court has received the FTC's correspondence dated July 25, 2024 regarding the August 14 Status Conference (ECF No. 1527) and asks for the following.

Counsel should provide a written submission to the Court, at least five (5) business days in advance of the Status Conference, of the topics to be covered at the Status Conference.

The parties are apparently amenable to the Status Conference being partly in-person with counsel outside the metropolitan area attending via videoconference. Who will be attending in person, and who will be attending remotely?

The Court believes it can only accommodate one remote site. Therefore, whoever is going to participate remotely must be available at that single site.

The Court understands that there is a request for the Court to consider certain issues *in camera*. With respect to the *in camera* portion of the Status Conference:

1) If counsel are able to indicate the nature of the topics that will be covered *in camera* they should be disclosed in writing in advance. If counsel do not wish to reveal such information on the record at this time, the Court needs to know how the *in camera* portion of the Status Conference will proceed.

2) Does *in camera* mean *ex parte* (e.g., by the FTC alone such that there will be no access by the Receiver or the Receiver's counsel)?

3) In either case, are there documents to be presented *in camera*? How will that work? The Court, in any case, will require a hard copy of any documents in advance.

4) Please clarify whether remote parties will be actively participating in the Status Conference or merely listening in and if they will be given copies of any documents referenced in advance.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and Clerk is directed to docket it accordingly.

/s/
_____
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

cc:   Court File